[No. 20584-6-I. Division One. October 10, 1988.]

MARIE N. ROBINSON, *Respondent*, v. SAFEWAY STORES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-14349-5, Anthony P. Wartnik, J., entered May 14, 1987. *Reversed with instructions* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Schumacher, J.

[No. 19184-5-I. Division One. October 10, 1988.]

*In the Matter of the Marriage of* DONNA C. WIGHTMAN, *Appellant, and* GARY O. WIGHTMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 79-3-04279-3, Frank L. Sullivan, J., entered May 28, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 20942-6-I. Division One. October 10, 1988.]

NORTHWEST TRAILER PARTS, INC., *Appellant*, v. TOM HEARRON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-2-03803-7, Joseph A. Thibodeau, J., entered September 1, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Williams, J.